# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00407-CV

---

**Rock Engineering and Testing Laboratory, Inc., Appellant**

**v.**

**Epsilon Zeta Chapter of Alpha Delta Pi House Corporation, Appellee**

---

**FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**NO. 21-2684, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Rock Engineering and Testing Laboratory, Inc. has filed an unopposed motion to dismiss this appeal. The Court previously abated this appeal at the parties' joint request to permit proceedings in the trial court to effectuate the parties' settlement agreement. Appellant filed a status report with the Court, informing us that the trial court has dismissed the case, and requesting that the abated appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1); *id.* R. 43.2(f). The Court construes this request as a motion to dismiss the appeal. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) ("[W]e look to the substance of a motion to determine the relief sought, not merely to its title.").

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

---

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellant's Motion

Filed:   October 10, 2023